UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00217-KJD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR PLACEMENT IN THE |
| vs. | ) | RESIDENTIAL RE-ENTRY |
| | ) | CENTER/HALFWAY HOUSE |
| ROUBEN PAPIKIAN | ) | |
| | ) | |
| Defendant, | ) | |

Presently before the Court is the matter of *United States v. Rouben Papikian,* 2:09-cr-00217-KJD-PAL.

On December 2, 2014, this Court held a hearing for revocation of supervised release as to Mr. Papikian. The Court ordered that Mr. Papikian reside in the residential re-entry center/halfway house for a period of up to seven (7) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Rouben Papikian reside in a residential re-entry center/half way house for a period of up to seven (7) months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED THIS  2nd  day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

-1-